

# Notice of Service of Process

null / ALL
Transmittal Number: 28356803
Date Processed: 01/19/2024

| | |
|---|---|
| Primary Contact: | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |

| | |
|---|---|
| Entity: | State Farm Fire and Casualty Company<br>Entity ID Number  3461650 |
| Entity Served: | State Farm Fire & Casualty Company |
| Title of Action: | Tammy Haney vs. State Farm Fire And Casualty Company |
| Matter Name/ID: | Tammy Haney vs. State Farm Fire And Casualty Company (15124406) |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Contract |
| Court/Agency: | East Baton Rouge Parish District Court, LA |
| Case/Reference No: | C-741387 21 |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 01/19/2024 |
| Answer or Appearance Due: | 21 Days |
| Originally Served On: | LA Secretary of State on 01/12/2024 |
| How Served: | Certified Mail |
| Sender Information: | Hair Shunnarah Trial Attorneys, LLC. d/b/a Insurance Claim Hq d/b/a Insurance Claim Lawyers, Inc.<br>504-684-5200 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# State of Louisiana
## Secretary of State

01/15/2024

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

STATE FARM FIRE & CASUALTY COMPANY
STATE FARM INSURANCE COMPANIES
C/O CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE, LA 70801

Suit No.: 741387
19TH JUDICIAL DISTRICT COURT
EAST BATON ROUGE PARISH

TAMMY HANEY
vs
STATE FARM FIRE & CASUALTY COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

NANCY LANDRY
Secretary of State

Served on: NANCY LANDRY
Served by: B GARAFOLA

Date: 01/12/2024
Title: DEPUTY SHERIFF

No: 1316248



February 19, 2024

157

KC

SERVICE COPY



D12964037

# CITATION

| | |
|---|---|
| **TAMMY HANEY** (Plaintiff) | NUMBER C-741387 "21" |
| VS | **19TH JUDICIAL DISTRICT COURT** |
| **STATE FARM FIRE AND CASUALTY COMPANY** (Defendant) | **PARISH OF EAST BATON ROUGE** STATE OF LOUISIANA |

SERVED ON
NANCY LANDRY
JAN 12 2024
SECRETARY OF STATE
COMMERCIAL DIVISION

TO:  STATE FARM FIRE AND CASUALTY COMPANY
THROUGH ITS AGENT FOR SERVICE
THE LOUISIANA SECRETARY OF STATE

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **DECEMBER 6, 2023.**



*Kaelah R. Burgess*

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

**Requesting Attorney: LOGAN, W. PARKER**
*The following documents are attached:

**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:$_____
MILEAGE$_____
TOTAL: $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

RECEIVED
JAN 1 1 2024
E B R SHERIFF'S OFFICE

CITATION-2000

18-34G4-10G
February 19, 2024
158

EAST BATON ROUGE PARISH  C-741387
Filed Dec 05, 2023 10:51 AM    21
Deputy Clerk of Court
E-File Received Dec 04, 2023 1:44 PM

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

CASE NO. _____                                          DIV. _____

**TAMMY HANEY**

**VERSUS**

**STATE FARM FIRE AND CASUALTY COMPANY**

FILED: _____        _____
                                                                    **DEPUTY CLERK**

## PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, Tammy Haney, and files this Petition for Damages and Demand for Jury Trial against Defendant, State Farm Fire and Casualty Company, respectfully averring as follows:

### I. PARTIES

**1.**

Made Plaintiff herein is **TAMMY HANEY** (hereinafter "Petitioner"), a person of the full age of majority, domiciled in, and a citizen of, the Parish of East Baton Rouge, in the State of Louisiana.

**2.**

Made Defendant herein is **STATE FARM FIRE AND CASUALTY** (hereinafter "State Farm"), an insurance corporation authorized to do and doing business in the State of Louisiana and the Parish of East Baton Rouge, which may be served through its Registered Agent for Service of Process, the Louisiana Secretary of State, 8585 Archives Avenue Baton Rouge, Louisiana 70809.

### II. JURISDICTION AND VENUE

**3.**

Jurisdiction is proper in this Honorable Court pursuant to Louisiana Code of Civil Procedure Article 2

**4.**

Venue is proper in this Honorable Court pursuant to Louisiana Code of Civil Procedure Article 42 and 76.

Page 1 of 8

Certified True and Correct Copy
CertID: 2023120601067

East Baton Rouge Parish
Deputy Clerk Of Court

18-34G4-10G
February 19, 2024
Generated Date:
12/6/2023 3:08 PM
159

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

## III. RELEVANT FACTS

**5.**

At all relevant times, Petitioner owned the property located at 745 Doncaster Drive Baton Rouge, Louisiana 70815 (the "Property").

**6.**

At all relevant times, State Farm provided a policy of insurance, number 18-B6—R138-6 (the "Policy"), to Petitioner, which covered the Property against perils, including wind and hail, and provided the following coverages: $302,700 for Dwelling; $30,270 for Other Structures; $227,025 for Personal Property; and $90,810 for Loss of Use, *inter alia*.

**7.**

On or about March 22, 2022, a wind and hailstorm caused significant damages to the Property.

**8.**

Petitioner promptly reported the loss to State Farm, who assigned it claim number 18-34-G410G (the "Claim").

**9.**

On or about May 30, 2022, a State Farm dispatched an adjuster to inspect the Property, who documented damages in the amount of $530.71, but after over-depreciating the loss and applying the Policy's deductible, State farm allowed Petitioner no insurance proceeds for her substantial and covered losses.

**10.**

State Farm's inspection of the Property constituted satisfactory proof of loss, as that term is used in conjunction with Louisiana's bad faith statutes, La. R.S. §§ 22:1892 and 22:1973.

**11.**

Wholly dissatisfied by the claims handling thus far, Petitioner retained Exact Building Consultants ("EBC") to inspect the Property and value the Claim's damages.

**12.**

On or about December 4, 2022, EBC inspected the property and documented damages in the amount of $60,514.29.


Certified True and Correct Copy
CertID: 2023120601067

East Baton Rouge Parish
Deputy Clerk Of Court

18-34G4-10G
February 19, 2024
12/6/2023 3:08 PM
160

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**13.**

On or about December 12, 2022, a demand for the release of unconditional tenders in the amount of $60,514.29 was sent to State Farm, along with the EBC estimate and supporting photographs.

**14.**

This submission constitutes satisfactory proof of loss, as that term is used in conjunction with Louisiana's bad faith statutes, La. R.S. §§ 22:1892 and 22:1973.

**15.**

On or about January 7, 2023, State Farm acknowledged the receipt of the EBC estimate and supporting photographs.

**16.**

On or about January 18, 2023, State farm reinspected the property, and thereafter, indicated that their calculation of damages was still below the Policy's $1,513.00 deductible.

**17.**

State Farm's inspection of the Property constitutes satisfactory proof of loss, as that term is used in conjunction with Louisiana's bad faith statutes, La. R.S. §§ 22:1892 and 22:1973.

**18.**

To date, no insurance proceeds have been forthcoming.

**19.**

As a result of State Farm's failure to timely and adequately compensate Petitioner for her substantial and covered losses, Petitioner was forced to obtain undersigned counsel and incur out of pocket expenses.

**20.**

As a result of State Farm's failure to timely and adequately compensate Petitioner for her substantial and covered losses, the Property remains in a state of disrepair.

**21.**

Upon information and belief, State Farm's failure to timely and adequately compensate Petitioner for her loss, after receiving satisfactory proof of loss, was purposeful or at least negligent.


Certified True and Correct Copy
CertID: 2023120601067

*Kaelah Burgess*
East Baton Rouge Parish
Deputy Clerk Of Court

18-34G4-10G
February 19, 2024
Generated Date: 12/6/2023 3:08 PM
161

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

22.

Upon information and belief, State Farm purposely and/or negligently misrepresented to Petitioner the terms and conditions of the Policy.

23.

Upon information and belief, State Farm conducted the investigation and claims handling for Petitioner's claim in bad faith, as that term is term is used in conjunction with Louisiana's bad faith statutes, La R.S. §§ 22:1892 and 22:1973.

24.

Upon information and belief, State Farm manipulated its pricing software to artificially suppress the cost of repairs below market value.

25.

Petitioner has incurred or will incur additional expenses in repairing the Property as a result of State Farm's failure to timely and adequately compensate her for her substantial and covered losses.

### IV. CAUSES OF ACTION

#### A. Breach of the Insurance Contract

26.

Petitioner realleges and re-avers the allegations contained in the proceeding paragraphs above, as if restated herein.

27.

Defendant owes a duty to its policyholder to make prompt and proper payment for all claims, to make its policy limits available to insured for losses. These duties arise from the policy itself, Louisiana jurisprudence, and duties implied in every contract in Louisiana.

28.

Petitioner has now suffered covered losses under the Policy.

29.

State Farm breached its contractual duties and failed to provide reasonable and adequate insurance coverage to Petitioner by:

    a. Failing to timely tender adequate insurance proceeds after having received satisfactory proof of a covered loss;


Certified True and Correct Copy
CertID: 2023120601067

East Baton Rouge Parish
Deputy Clerk Of Court

18-34G4-10G
February 19, 2024
12/6/2023 3:06 PM
162

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

    b. Purposely and/or negligently misrepresenting to Petitioner the terms and conditions of the Policy;

    c. Failing to conduct the claims handling for Petitioner's claim in good faith and with fair dealing;

    d. Manipulating its pricing software to artificially suppress the cost of repairs below market value;

    e. Failing to include adequate overhead and profit in its estimates of damages.

### 30.

Petitioner has suffered and continues to suffer damages as a result of these breaches of the Policy.

### B. Bad Faith

### 31.

Petitioner reallege and re-aver the allegations contained in the proceedings Paragraphs above, as if restated herein.

### 32.

Defendant, at all relevant times, owed a duty of good faith and fair dealing to Petitioner in the handling and administration of their property damage claim.

### 33.

The actions and/or inactions of State Farm in failing to timely and adequately compensate Petitioner for her covered losses under the Policy were arbitrary, capricious, and without probable cause—as those terms are used in conjunction with La. R.S. §§ 22:1892 and 22:1973, making State Farm liable for statutory bad faith penalties.

### 34.

Under La. R.S. § 22:1973, an insurer owes a good faith duty and fair dealing to an insured and has an affirmative duty to adjust claims fairly and promptly; failing to pay a claim in a manner arbitrary, capricious, or without probable cause is in violation of La. R.S. § 22:1973.

### 35.

"[F]ailing to pay the amount of any claim due any person insured by the contract within sixty days after receipt of satisfactory proof of loss from the claimant when such failure is arbitrary, capricious, or without probable cause" is considered "bad faith" and is in violation of La. R.S. § 22:1973.


Certified True and Correct Copy
CertID: 2023120601067

East Baton Rouge Parish
Deputy Clerk Of Court

18-34G4-10G
February 19, 2024
12/6/2023 3:08 PM
163

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**36.**

La. R.S. § 22:1892 imposes bad faith penalties on insurers who fail to adequately pay claims following satisfactory proof of loss within thirty (30) days.

**37.**

State Farm is in violation of La. R.S. §§ 22:1892 and 22:1973 for failing to provide Petitioner adequate payment in connection with her damages, despite having received satisfactory proof of loss following its own inspection(s) of the Property and following receipt of independent proofs of loss from Petitioner.

**38.**

State Farm's misrepresentation of the terms of the Policy was in bad faith.

**39.**

State Farm's failure to pay timely for damages it knew, or should have known, existed at the time of their initial inspection and reinspection of the Property was in bad faith.

**40.**

State Farm's Manipulation of its pricing software to artificially suppress the cost of repairs below market value was in bad faith.

**41.**

State Farm's Failure to include adequate overhead and profit in its estimates of damages was in bad faith.

**42.**

State Farm's handling of the Claim was in bad faith.

**43.**

Defendant's breach of the aforementioned duties was the direct and proximate cause of the harm suffered by Petitioner, and but for their breach, the harm suffered by Petitioner would have been avoided.

## IV. DAMAGES

**44.**

Petitioner realleges and re-avers the allegations contained in the proceeding Paragraphs above, as if restated herein.

Page 6 of 8



Certified True and Correct Copy
CertID: 2023120601067
East Baton Rouge Parish
Deputy Clerk Of Court
18-34G4-10G
February 19, 2024
12/6/2023 3:08 PM
164
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**45.**

As a result of State Farm's breaches of contract, bad faith claims adjusting, and other bad acts, Petitioner have incurred the following, non-exclusive damages:

a. Diminution of the value of the Property;

b. Actual repair costs;

c. Reimbursement for personal repairs at the Property;

d. Actual costs related to personal property manipulation, cleaning, repair, and/or replacement.

e. Mental anguish.

f. Penalties delineated in La. R.S. §§ 22:1892 and 22:1973; and

g. Attorney's fees, other professional fees, and litigation costs associated with the bringing of this action.

### V. JURY DEMAND

**46.**

Petitioner requests a trial by jury.

**47.**

WHEREFORE, Petitioner, Tammy Haney, pray that Defendant, State Farm Fire and Casualty Company, be served with a copy of this Complaint, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Petitioner, Tammy Haney, and against the Defendant, State Farm Fire and Casualty Company, as alleged, together with legal interest, and for all costs of these proceedings including expert witness fees to be taxed as costs of court, attorney's fees and expenses and for all legal and equitable relief this honorable court shall deem appropriate.

RESPECTFULLY SUBMITTED:

/s/ W. Parker Logan
Galen M. Hair, La. Bar. No. 32865
W. Parker Logan, La. Bar No. 39259
**HAIR SHUNNARAH TRIAL ATTORNEYS, LLC.**
**d/b/a INSURANCE CLAIM HQ**
**d/b/a INSURANCE CLAIM LAWYERS, INC.**
3540 S. I-10 Service Rd., W, Ste. 300
Metairie, Louisiana 70001
Telephone: 504.684.5200
Facsimile: 504.613.6351
hair@hstalaw.com
plogan@hstalaw.com

[SERVICE INSTRUCTIONS ON NEXT PAGE.]



Certified True and Correct Copy
CertID: 2023120601067
East Baton Rouge Parish
Deputy Clerk Of Court
18-34G4-10G
February 19, 2024
12/6/2023 3:08 PM
165
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**PLEASE SERVE:**
**State Farm Fire and Casualty Company**
*Through its Registered Agent for Service of Process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809


Certified True and Correct Copy
CertID: 2023120601067

East Baton Rouge Parish
Deputy Clerk Of Court

18-34G4-10G
February 19, 2024
12/6/2023 3:08 PM
166

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

NANCY LANDRY
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125





9489 0090 0027 6575 7710 68

18-34G4-10G
February 19, 2024
167